P. F. PATTERSON, APPELLEE, v. NATIONAL CASUALTY COMPANY, APPELLANT.

FILED OCTOBER 21, 1927.   No. 25018.

*Jackson B. Chase,* for appellant.

*Anson H. Bigelow, contra.*

Heard before GOSS, C. J., DAY, GOOD, THOMPSON and EBERLY, JJ.

PER CURIAM.

Under the wording of the policy in suit, the decision of this case is ruled by the principles announced by this court in *Beber v. Brotherhood of Railroad Trainmen,* 75 Neb. 183.

Therefore, the opinion of the commission to the contrary is withdrawn, the former judgment of the court is vacated and set aside, and the judgment of the district court

AFFIRMED.